UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO MANAGEMENT NORTHWEST INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BIO SERVICES, et al.,<br><br>Defendants. | CASE NO. C21-724-TL-BAT<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Having reviewed the Report and Recommendation of the United States Magistrate Judge Brian A. Tsuchida, and there being no objections, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendants' motion to dismiss, **Dkt. 15,** is **DENIED in-part** and is **GRANTED in-part**.

    a. The Federal Rule of Civil Procedure 12(b)(1) motion to dismiss for lack of subject matter jurisdiction is **DENIED**.

    b. The Rule 12(b)(6) motion to dismiss the federal claims is **GRANTED** and supplemental jurisdiction over the state-law claims is **DECLINED**.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(3) Plaintiffs are **GRANTED** leave to file an amended complaint within **fourteen (14) days** that corrects the pleading deficiencies regarding the federal claims and omits the state-law claims.

(4) The parties are **ORDERED** to file a joint status report within **twenty-one (21) days**.

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 25th day of May 2022.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2