UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO MANAGEMENT NORTHWEST INC., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AMERICAN BIO SERVICES, et al.,<br><br>                    Defendants. | CASE NO. C21-724-TL-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER TO AMENDED COMPLAINT** |

The Court **GRANTS** the parties' stipulated motion to extend the time for defendants to file an answer to the Amended Complaint. Dkt. 28. Defendants may file an answer to the Amended Complaint by August 15, 2022.

DATED this 9th day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE ANSWER TO
AMENDED COMPLAINT - 1