UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO MANAGEMENT NORTHWEST INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN BIO SERVICES, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C21-724-TL-BAT<br><br>**ORDER FOR STATUS OF SETTLEMENT AND AMENDED COMPLAINT** |

The parties filed a stipulated motion to extend the time for Defendant to answer the first amended complaint for settlement discussion purposes. Dkt. 28. The Court granted the motion and set August 15, 2022 as the due for the answer. Dkt. 29. No answer has been filed as of this date. The Court accordingly ORDERS:  By September 2, 2022, the parties shall file a status report that indicates if an answer will be filed, and if so when it will be filed, or alternatively whether additional time for settlement is needed and a new due date for the answer should be set.

DATED this 29th day of August, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER FOR STATUS OF SETTLEMENT
AND AMENDED COMPLAINT - 1