UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO MANAGEMENT NORTHWEST INC., et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>AMERICAN BIO SERVICES, et al.,<br><br>                Defendants. | CASE NO. C21-724-TL-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER TO AMENDED COMPLAINT** |

      Having considered the Stipulated Motion to Permit Defendants 60 days to Respond to the First Amended Complaint from all parties in this matter, Defendants are GRANTED 60 days leave from the current deadline of October 31, 2022, to the Proposed, Stipulated deadline of **December 30, 2022**.

      DATED this 31st day of October, 2022.

                                                          BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE ANSWER TO
AMENDED COMPLAINT - 1