UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIO MANAGEMENT NORTHWEST INC., et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>AMERICAN BIO SERVICES, et al.,<br><br>                Defendants. | CASE NO. C21-724-TL-BAT<br><br>**ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT BY JANUARY 13, 2023** |

The parties stipulated to extend the deadline for defendants to file an answer to the amended complaint to December 30, 2022. Dkts. 35, 36. To date, no answer has been filed. The Court **ORDERS** the parties to file a joint status report **by Friday, January 13, 2023**. If warranted, the parties should attach a proposed, stipulated order to extend the deadline for defendants' answer.

DATED this 10th day of January, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge